IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ADRIAN LAMAR BRINSON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV 325-029 |
| SHAWN GILLIS, Warden, | ) ) | |
| Respondent. | ) ) | |

**O R D E R**

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, challenges two judgments of conviction entered in the Superior Court of Thomas County, which is located in the Middle District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Middle District of Georgia, Valdosta Division. The Court **DIRECTS** the Clerk to immediately forward the file to that District.

SO ORDERED this 20th day of March, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA